**BRYAN CAVE LEIGHTON PAISNER**

BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York NY 10104 3300
T: +1 212 541 2000
F: +1 212 541 4630
bclplaw.com

November 8, 2023

Courtney J. Peterson
Partner
Direct: +1 212 541 3187
Fax: +1 212 541 1487
courtney.peterson@bclplaw.com

> Fact discovery extended to December 1, 2023.  December 8, 2023 conference adjourned to December 15, 2023.
> Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 11/8/2023
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**VIA ECF**

Re: Clemmons v. Upfield US Inc., Case No. 1:22-cv-00355-PKC

Dear Judge Castel:

Bryan Cave Leighton Paisner is counsel to the defendant Upfield US Inc. ("Upfield") in this matter. We write on behalf of Upfield to request an extension of the fact discovery deadline from November 20, 2023 to and including December 1, 2023. The next case management conference in this matter is scheduled for December 8, 2023. We also request an adjournment of the conference to December 15, 2023 so that it will be at least 14 days after the close of discovery in accordance with Your Honor's Individual Practices for Civil Cases. Counsel for plaintiff DuVal Clemmons ("Plaintiff") has consented to both of these requests.

The extension would accommodate the deadline for Plaintiff to serve responses to the Upfield's second request for production of documents, which was served following the Plaintiff's deposition that took place on October 23, 2023. The parties have not previously requested an adjournment or extension of the fact discovery deadline in this matter.

Given that the document responses are the only outstanding fact discovery that remains to be completed in this matter, Upfield requests that the deadline to complete fact discovery be extended to and December 1, 2023 and that the case management conference be adjourned to December 15, 2023.

We thank the Court in advance for its attention to this matter. Should the Court require any additional information, please let us know.

Respectfully submitted,

*Courtney J. Peterson*

**Courtney J. Peterson**
Partner

CJP

USA.609462933.3/04I