**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DUVAL CLEMMONS,
individually and on behalf of all others similarly situated,

                        Plaintiff,

    -against-                                     22 **CIVIL** 00355 (PKC)

                                                         **JUDGMENT**

FLORA FOOD US INC. f/k/a UPFIELD US INC.,

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, Flora's motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2025

                                                         **TAMMI M HELLWIG**
                                                         **Clerk of Court**

                         **BY:**

                                                         **Deputy Clerk**