**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DUVAL CLEMMONS,
individually and on behalf of all others similarly situated,

                Plaintiff,

-against-                        22 **CIVIL** 00355 (PKC)

                                                  **AMENDED JUDGMENT**

FLORA FOOD US INC. f/k/a UPFIELD US INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, and in the Court's Order dated August 25, 2025, Flora's motion for summary judgment is GRANTED. The motion for deposition-related expert fees pursuant to Rule 26(b)((4)(E) is GRANTED in the amount of $1,625. The Court concludes that plaintiff should not be taxed for defendant's pro hac admission fees. Taxation of costs is modified to the total amount of $1,405.00.  The Clerk's taxation of costs otherwise remains unmodified.

**Dated:**  New York, New York

      August 26, 2025

                                              **TAMMI M HELLWIG**
                                                **Clerk of Court**

                      **BY:**

                                                 **Deputy Clerk**